FADEX FOREIGN TRADING CORPORATION, Respondent, *v.* CROWN STEEL CORPORATION, Appellant.

Argued March 8, 1948; decided April 22, 1948.

*Ludwig Teller, Samuel Bushwick* and *Robert E. Tinsley* for appellant.

*Frank G. Opton* and *Austin D. Graham* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, THACHER and FULD, JJ. Dissenting: LEWIS and DYE, JJ.